IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 14mj151 |
| vs. | **ORDER** |
| DENNIS JOHN IRVIN, | |
| Defendant. | |

_____

This matter will come on for initial appearance and Rule 5 hearing on **May 30, 2014, at 9:30 a.m.**

IT IS SO ORDERED.

DATED this 29th day of May, 2014.

_____
LEONARD T. STRAND
UNITED STATES MAGISTRATE JUDGE