IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

Case Number: 14mj151                              Date:  June 3, 2014

Case Title:  UNITED STATES OF AMERICA vs. DENNIS JOHN IRVIN

JUDGE: Honorable Leonard T. Strand

TIME IN COURT:  Start:  2:51 p.m.           Adjourn:   3:05 p.m.

APPEARANCES:  Plaintiff:       AUSA Timothy Duax
              Defendant:       Defendant present in person with attorney Matthew Metzgar

Court Reporter: Digital Recording

LOCATION/PHONE:  First Floor Courtroom

TYPE OF PROCEEDING:
  A. HEARING:
     1.   DETENTION HEARING
          WITNESSES CALLED/EXHIBITS INTRODUCED:
          GOV'T WITNESS(ES):

MISC:  Defendant temporarily detained for purposes of transportation to the Eastern District of Arkansas for hearing on Government's motion to revoke pre-trial release.

                                    Holli Brown
                                    DEPUTY CLERK