IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA,                    No. 14mj151

        Plaintiff,

                            TRANSCRIPT OF
   vs.                                      INITIAL APPEARANCE AND
                            RULE 5 HEARING

DENNIS JOHN IRVIN,

        Defendant.
_____/        (**from digital recording**)


        The Hearing held before the Honorable Leonard T.
Strand, Magistrate Judge of the United States District Court for
the Northern District of Iowa, at the Federal Courthouse, 320
Sixth Street, Sioux City, Iowa, May 30, 2014, commencing at 9:28
a.m.


APPEARANCES

For the Plaintiff:        TIMOTHY T. DUAX, ESQ.
                          Assistant United States Attorney
                          Ho-Chunk Centre - Suite 670
                          600 Fourth Street
                          Sioux City, IA  51101

For the Defendant:        MATTHEW METZGAR, ESQ.
                          Rhinehart Law
                          2000 Leech Avenue
                          Sioux City, IA  51106

Transcribed from          Shelly Semmler, RMR, CRR
digital recording by:     320 Sixth Street
                          Sioux City, IA  51101
                          (712) 233-3846

*Contact Shelly Semmler at 712-233-3846 or shelly_semmler@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 1:14-mj-00151-LTS   Document 10   Filed 06/26/14   Page 1 of 7

1          THE COURT:  This is United States versus Dennis Irvin.

2     Mr. Irvin is present in the courtroom with his attorney,

3     Mr. Metzgar.  Mr. Duax is here for the United States.  We're

4     here today for an initial appearance, a Rule 5 proceeding.

5          Little bit of background just for the record, we saw

6     Mr. Irvin about a year ago.  He was indicted in Arkansas, in the

7     Eastern District of Arkansas.  May of 2013 we had an initial

8     appearance here because he was arrested here in Iowa, initial

9     appearance and Rule 5 proceeding back on May 24 of 2013.

10          At that time I released Mr. Irvin on some conditions,

11     ordered him to appear in Arkansas to face the charges.  He did

12     that.  He's been under supervision here by United States

13     Probation, and I believe last information I had is he has a

14     trial date upcoming in Arkansas I believe in June unless that's

15     been changed recently.

16          Mr. Irvin is now here because the United States

17     attorney in Arkansas has filed a motion to revoke his pretrial

18     release, and there are some allegations that Mr. Irvin was in

19     contact with the minor victim in the case which, if true, would

20     be a violation of his terms of release.

21          Let me ask this.  Mr. Irvin, have you seen a copy of

22     the -- the warrant and the motion to revoke pretrial release

23     that's been filed in Arkansas?

24          THE DEFENDANT:  Yes, yes, Your Honor.

25          THE COURT:  Okay.  And for the record, sir, would you

*Contact Shelly Semmler at 712-233-3846 or shelly_semmler@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 1:14-mj-00151-LTS  Document 10  Filed 06/26/14  Page 2 of 7

1  tell me your full name.

2         THE DEFENDANT:  Dennis John Irvin.

3         THE COURT:  Okay.  And how old are you, sir?

4         THE DEFENDANT:  I'm 45.

5         THE COURT:  Okay.  Are you currently under the

6  influence of anything that might make it hard to understand what

7  we talk about today?

8         THE DEFENDANT:  No, sir.

9         THE COURT:  Okay.  I am going to tell you about

10  certain of your constitutional rights.  You have the right to

11  remain silent.  That means you don't have to say anything to

12  anyone.  If you give up that right and make a statement, the

13  prosecutor can and probably will use anything you say against

14  you.

15         Therefore, I strongly suggest that you not say

16  anything to anyone unless you talk it over with your lawyer

17  first and decide it would be in your best interests to do that.

18  Even if you've already given a statement, you don't have to say

19  anything else.  And if you start making a statement, you have

20  the right to stop at any time.

21         Sir, do you understand your right to remain silent?

22         THE DEFENDANT:  Yes, sir.

23         THE COURT:  Okay.  You also have the right to be

24  represented by a lawyer both in Arkansas and here in these Iowa

25  proceedings.  If you'd like to hire a lawyer here in Iowa, I can

*Contact Shelly Semmler at 712-233-3846 or shelly_semmler@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 1:14-mj-00151-LTS   Document 10   Filed 06/26/14   Page 3 of 7

1    give you time to do that.  Or if you want to have a lawyer here

2    but you can't afford one, then I'll appoint one for you.  And if

3    I do appoint a lawyer for you, that -- the Court would pay that

4    lawyer's fees and expenses.

5             Sir, do you understand your right to have a lawyer?

6             THE DEFENDANT:  Yes.

7             THE COURT:  All right.  And I do see there's a

8    financial affidavit here on the bench.  Are you asking to have a

9    lawyer appointed for you here in Iowa?

10            THE DEFENDANT:  Yes, sir.

11            THE COURT:  All right.  And, Mr. Metzgar, are you

12   available to represent Mr. Irvin?

13            MR. METZGAR:  I am.

14            THE COURT:  Okay.  Mr. Irvin, I'm going to appoint

15   Mr. Metzgar who's at the table there with you to be your lawyer

16   for these Iowa proceedings in this matter.

17            Mr. Metzgar, have you had an opportunity to talk with

18   Mr. Irvin about whether he -- what his position is on being

19   removed?  The -- basically the Eastern District of Arkansas is

20   asking us to remove Mr. Irvin there so he can face the petition

21   to revoke his pretrial release.  What is Mr. Irvin's position?

22            MR. METZGAR:  His position I guess is he should be

23   allowed to be released and basically appear in Arkansas again.

24            THE COURT:  All right.  Mr. Duax, what's the

25   government's position?

*Contact Shelly Semmler at 712-233-3846 or shelly_semmler@iand.uscourts.gov
to purchase a complete copy of the transcript.*

Case 1:14-mj-00151-LTS   Document 10   Filed 06/23/14   Page 4 of 7

```
1              MR. DUAX:  Government's position is that we'd request
2       that Mr. Irvin be detained and transported back to the Eastern
3       District of Arkansas.
4              THE COURT:  Are the parties prepared to address the
5       issue of detention and having Mr. Irvin removed by the United
6       States marshals at this time, or would you like to schedule a
7       hearing within a couple of days?  Mr. Duax?
8              MR. DUAX:  I'd like to schedule a hearing next week.
9              THE COURT:  Mr. Metzgar?  I think the government has
10      the right --
11             MR. METZGAR:  Yes.
12             THE COURT:  -- of up to three days, so I don't think
13      there's much of an argument.  But anything --
14             MR. METZGAR:  No.
15             THE COURT:  Okay.
16             MR. METZGAR:  I was going to say we have a 2:30 if you
17      want to schedule --
18             THE COURT:  That's on Tuesday; right?
19             MR. METZGAR:  Yes.
20             THE COURT:  We have some time available on Monday as
21      well if -- Mr. Duax, you think the government could be ready by
22      Monday afternoon?
23             MR. DUAX:  Your Honor, it's going to take a little bit
24      of time.  We may have out-of-state people that we need to get
25      here.  The two ICE agents that did the investigation that
```

*Contact Shelly Semmler at 712-233-3846 or shelly_semmler@iand.uscourts.gov to purchase a complete copy of the transcript.*

Case 1:14-mj-00151-HTS   Document 10   Filed 06/26/14   Page 5 of 7

1  underlies the motion to revoke are both from Arkansas, so at the

2  earliest Tuesday would be -- the government could be ready to

3  present testimony.

4          THE COURT:  What -- we just scheduled a 2:30 on

5  Tuesday.  Three would be okay?  All right.  Let's do 3:00 on

6  Tuesday.  That's June 3, 3:00 here in this courtroom.  We'll

7  address the issue of detention.  Mr. Irvin will remain in

8  custody between now and that detention hearing.  And then we'll

9  take up the issue at that time.

10          Anything further at this time, Mr. Duax?

11          MR. DUAX:  Your Honor, one question.

12          THE COURT:  Sure.

13          MR. DUAX:  For purposes of this hearing, would the

14  Court permit either one or both of the agents to testify via

15  video teleconference?

16          THE COURT:  Any objection to that, Mr. Metzgar?

17          MR. METZGAR:  No.

18          THE COURT:  All right.  I think under the

19  circumstances that seems like a good idea, so I'll allow that.

20          MR. DUAX:  Thank you, Your Honor.

21          THE COURT:  All right.  Anything further then,

22  Mr. Duax?

23          MR. DUAX:  No, Your Honor.

24          THE COURT:  All right.  Anything further at this time,

25  Mr. Metzgar?

*Contact Shelly Semmler at 712-233-3846 or shelly_semmler@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 1:14-mj-00151-LTS Document 10 Filed 06/26/14 Page 6 of 7

1        MR. METZGAR:  No, Your Honor.

2        THE COURT:  All right.  We'll be in recess.

3        (The foregoing hearing was

4        concluded at 9:34 a.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19                              CERTIFICATE

20        I certify that the foregoing is a correct transcript

21   to the best of my ability from the digital recording of

22   proceedings in the above-entitled matter.

23

24

25   _____S/Shelly Semmler_____          ___6-19-14___
        Shelly Semmler, RMR, CRR              Date

*Contact Shelly Semmler at 712-233-3846 or shelly_semmler@iand.uscourts.gov to purchase a complete copy of the transcript.*

Case 1:14-mj-00151-LTS   Document 101   Filed 06/20/14   Page 7 of 7